UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DEXTER WRIGHT,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00152-O |
| | § | |
| **WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-3, ASSET-BACKED CERTIFICATES, SERIES 2006-3,** | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On March 18, 2024, the Court ordered Plaintiff's counsel, Ryan Daniel, to show cause by March 20, 2024. ECF No. 6 at 1. Mr. Daniel was instructed to explain why he should not be sanctioned for ignoring an order of this Court to submit a joint report and for failing to abide by the litigation standards set forth in *Dondi Properties Corporation v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (per curiam). *Id.* The deadline to submit the show-cause response has passed and the docket does not reflect that a response was received. Given that two orders of this Court have been ignored and the lack of participating in this case by Plaintiff, the Court **ORDERS** that all of Plaintiff's claims are **DISMISSED** for lack of prosecution, **without prejudice** to the refiling of same. Separate final judgment shall issue.

**SO ORDERED** on this **21st day** of **March, 2024.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**