UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DEXTER WRIGHT,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00152-O |
| | § | |
| **WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-3, ASSET-BACKED CERTIFICATES, SERIES 2006-3,** | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Having determined that dismissal is appropriate in this case, the Court now enters this Final Judgment pursuant to Fed. R. Civ. P. 58(a). Therefore,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Due to Plaintiff's failure to prosecute, this case is **DISMISSED without prejudice**.

2. Each party shall bear the costs, expenses, and attorneys' fees incurred by that party.

**SO ORDERED** on this **21st day** of **March, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE